Kevin J. Scanlan
ISB #5521; kjs@dukescanlan.com
Joseph M. Aldridge
ISB #9194; jma@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone 208-342-3310
Facsimile 208-342-3299

*Attorneys for Defendant C.R. England, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC A. COX,<br><br>  Plaintiff,<br><br>vs.<br><br>RYAN G. MANCHESTER, C.R. ENGLAND, INC., and DOES I-V unknown parties,<br><br>  Defendants. | Case No. 2:19-cv-262<br><br>**DEFENDANT C.R. ENGLAND, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

  Defendant C.R. England, Inc. ("C.R. England") hereby removes this case from the First Judicial District in and for Kootenai County, State of Idaho, Case No. CV28-19-4155, to the United States District Court for the District of Idaho, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice of Removal, C.R. England states as follows:

**DEFENDANT C.R. ENGLAND, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 1**

I. **INTRODUCTION**

1. The United States District Court for the District of Idaho has original subject matter jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity among all properly joined and served parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Under 28 U.S.C. § 1441(b), no party properly joined and served as a defendant in this action is a citizen of Idaho, the state in which this action was filed.

2. On June 7, 2019, Plaintiff filed a Civil Complaint against Defendants in the District Court of the First Judicial District of the State of Idaho in and for the County of Kootenai, styled *Eric A. Cox, Plaintiff, v. Ryan G. Manchester, C.R. England, Inc., and Does I-V unknown parties, Defendants*, Case No. CV28-19-4155 (the "Complaint"). *See* **Attachment 2**. At the time of filing this Notice of Removal, the state court matter is still pending in the District Court of the First Judicial District of the State of Idaho in and for the County of Kootenai. *See* 28 U.S.C. § 1441(a).

3. A copy of the Summons and Complaint was served on Defendant C.R. England on June 18, 2019. *See* **Attachment 3** (Affidavit of Return of Service); **Attachment 4** (Summons to C.R. England, Inc.).

4. Plaintiff Eric Cox is a resident and citizen of Kootenai County, Idaho, based upon the allegations in Paragraph I of the Complaint.

5. Defendant Ryan G. Manchester is a resident and citizen of Lafayette Parish, Louisiana, based upon the allegations in Paragraph II of the Complaint and the Affidavit of Service showing Mr. Manchester was served in Lafayette, Louisiana on June 18, 2019 (**Attachment 5**).

6. Both at the time this action was filed and at the time of removal, Defendant C.R. England, Inc., was, and still is, a Utah corporation with its principle place of business in Salt Lake City, Utah.

7. As stated in Paragraph XV of Plaintiff's Complaint, Plaintiff is seeking damages "in an amount … consistent with the demand letter submitted to the Defendant's representatives on or about January 16, 2019." *See* **Attachment 2**, ¶ XV. The demand letter referenced by Plaintiff claimed special and general damages in excess of the amount in controversy requirements for removal. This Court thus has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) and 1441(b) because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## 28 U.S.C. § 1446 REQUIREMENTS

1. **Removal Is Timely**.  C.R. England timely filed this Notice of Removal, within 30 days of service of the Complaint. *See* 28 U.S.C. § 1446(b).

2. **Removal to This Court Is Proper**. The Complaint was filed in the District Court of the First Judicial District of the State of Idaho in and for the County of Kootenai. This Court is part of the "district and division within which such action is pending . . . ." 28 U.S.C. § 1446(a).

3. **Pleadings and Process**.  Pursuant to 28 U.S.C. section 1446(a), a "copy of all process, pleadings, and orders served upon" Defendant C.R. England are attached to this Notice of Removal as **Attachments 2 – 5**. Defendant C.R. England has not answered or otherwise filed a response to the Complaint. Other than the documents attached as **Attachments 2 – 5**, no other pleadings, process, orders, or other papers in this case have been served or otherwise received by Defendant C.R. England. In the event that additional filings, if any, come to Defendant C.R.

England's attention, C.R. England will promptly provide this Court with true and correct copies of all such papers.

4. **Notice to All Parties and the State Court**. Concurrent with the filing of this Notice, Defendant C.R. England gave written notice of this Notice of Removal to Plaintiff's counsel of record and to Defendant Ryan Manchester, and will file a copy of this Notice of Removal with the Clerk of the District Court of the First Judicial District of the State of Idaho in and for the County of Kootenai. 28 U.S.C. § 1446(a), (d).

WHEREFORE, notice is given that this action is removed from the District Court of the First Judicial District of the State of Idaho in and for the County of Kootenai, to the United States District Court for the District of Idaho.

DATED this 9th day of July, 2019.

DUKE SCANLAN & HALL, PLLC

By /s/ Kevin J. Scanlan
Kevin J. Scanlan – Of the Firm
Joseph M. Aldridge – Of the Firm
*Attorneys for Defendant*
*C.R. England, Inc.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of July, 2019, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Mark J. King, IV<br>CRAIG SWAP & ASSOCIATES<br>16201 East Indiana Avenue, Suite 1900<br>Spokane Valley, WA 99216<br>Telephone (509) 252-5037<br>*Attorneys for Plaintiff* | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Facsimile<br>☒ ECF/Email<br>mark.king@craigswapp.com<br>colleen.hackley@craigswapp.com |

/s/ Kevin J. Scanlan
Kevin J. Scanlan
Joseph M. Aldridge