Case 2:19-cv-00262-DCN   Document 1-2   Filed 07/09/19   Page 1 of 4

Electronically Filed
6/7/2019 11:06 AM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Patty Ratliff, Deputy Clerk

MARK J. KING, IV, ISB #9047
CRAIG SWAPP & ASSOCIATES
16201 E. Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
Telephone: (509) 252-5037
Facsimile: (509) 252-5038
Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| ERIC A. COX,<br><br>      Plaintiff,<br><br>v.<br><br>RYAN G. MANCHESTER, C.R. ENGLAND, INC., and DOES I-V unknown parties,<br><br>      Defendants. | Case No. CV28-19-4155<br><br>CIVIL COMPLAINT<br><br>Filing Fee: $221.00 |

COMES NOW the Plaintiff, ERIC A. COX, by and through his attorneys of record, MARK J. KING, IV of the law offices of CRAIG SWAPP & ASSOCIATES, and complains and alleges against Defendants as follows:

**GENERAL FACTS**

I.

At all times material hereto, Plaintiff, ERIC A. COX (hereinafter "Plaintiff") was a resident of Kootenai County, Idaho.

II.

At all times material hereto, Defendant RYAN G. MANCHESTER was a resident of Lafayette Parish, Louisiana.

Mitchell, John T.

*Civil Complaint - 1*

III.

Defendant C.R. ENGLAND, INC. at all times relevant was a corporation licensed with the Utah Secretary of State and licensed to do business in the State of Idaho.

IV.

The true names of Does I — V are unknown. Each of the Doe Defendants may be responsible in some manner for the acts and omissions alleged herein, and each is the agent and employee of the others. Plaintiff will move the Court to allow amendment if they become known.

V.

At all times pertinent, defendant RYAN G. MANCHESTER was operating a motor vehicle registered and owned by Defendant C.R. ENGLAND, INC.

VI.

Upon information and belief, at all times pertinent to the allegations in this lawsuit, Defendant RYAN G. MANCHESTER was acting within the course and scope of his employment with Defendant C.R. ENGLAND, INC. As such, Defendant C.R. ENGLAND, INC. is responsible for the acts and/or omissions, including any negligent conduct of Defendant RYAN G. MANCHESTER as it pertains to the allegations of this lawsuit.

VII.

This Court has subject matter jurisdiction in this action and the damages herein will be in excess of $10,000.00.

VIII.

This court has personal jurisdiction over the above named Defendants pursuant to *I. C. Sec. 5-514*.

IX.

On or about July 6, 2017, Plaintiff was operating a motor vehicle eastbound on I-90 preparing to tow a disabled vehicle on the #14 on-ramp in Coeur d'Alene, Kootenai County,

Idaho. At or near the same time, Defendant RYAN G. MANCHESTER was driving a semi tractor trailer eastbound on I-90 near milepost 14 in Coeur d'Alene, Kootenai County, Idaho. As the defendant was traveling past Plaintiff's vehicle he crossed over into the on ramp lane side swiping Plaintiff's vehicle within his lane of travel.

X.

Defendant had a duty to operate his vehicle in a safe and lawful manner. He breached that duty by failing to control his vehicle, driving inattentively, failure to keep a proper lookout, and maintain his lane of travel, as well as other failures to use reasonable care in the operation of his vehicle to be determined. Defendant was cited for a violation of Idaho Code Section 49-637, failure to use designated lane of travel.

XI.

This violation of the law by the Defendant constitute negligence *per se*.

## INJURIES AND MEDICAL TREATMENT

XII.

Plaintiff suffered physical injuries as a result of the collision, the same having been directly and proximately caused by the negligence of Defendants.

XIII.

Plaintiff has incurred and may continue to incur expenses for medical and related care.

XIV.

Plaintiff has incurred special, incidental and consequential damages and may continue to incur such damages due to expenses from medical and related care and associated expenses.

XV.

Further, Plaintiff has suffered general damages in an amount according to proof at trial, and consistent with the demand letter submitted to the Defendant's representatives on or about January 16, 2019.

## **COSTS AND ATTORNEY FEES**

### XVI.

Reasonable costs are sought pursuant to Idaho law and rules of procedure.

## **DEFAULT**

### XVII.

A reasonable amount of attorney fees therefore in the event of default is two thousand five hundred dollars ($2,500.00) or one-third of the amount recovered, whichever is greater. In the event this matter is contested, Plaintiff should be awarded such other and further reasonable amount for attorney fees by the Court according to Idaho law.

WHEREFORE, Plaintiff prays the Court as follows:

1. For compensatory damages for physical injuries sustained by the Plaintiff for medical and related care;

2. For compensatory damages for all special, incidental and consequential damages allowed pursuant to law;

3. For compensatory damages for the Plaintiff regarding all general damages available pursuant to law;

4. For costs and reasonable attorney fees incurred herein; and

5. For such other and further relief as the Court deems just to which Plaintiff is entitled.

DATED this 7th day of June, 2019.

CRAIG SWAPP & ASSOCIATES

By: _____
MARK J. KING, IV, ISB#9047
Attorneys for Plaintiff

*Civil Complaint - 4*